UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No. 99-80716

ANTHONY PITTS,

    Defendant.
                                    /

**OPINION AND ORDER DENYING MOTIONS TO REDUCE SENTENCE
PURSUANT TO 18 U.S.C. § 3582(c)(2)**

The matter is before the court on a determination for a possible reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). The court appointed the Federal Defender's Office "to determine eligibility, confer with the Probation Department and the U.S. Attorney's Office, and gather the pertinent information to assist the court in expeditiously resolving any pending or intended 18 U.S.C. § 3582(c) motions." (1/26/09 Order at 1.) The Federal Defender's Office has since filed a "Notice" asserting Defendant Pitts's ineligibility for a modification. (*See* 7/13/09 Notice at 1-2.) The court has reviewed the "Notice" and is satisfied that Defendant is ineligible for a modification. Accordingly,

IT IS ORDERED that Defendant's motions to reduce sentence pursuant to 18 U.S.C. § 3582(c) [Dkt. ## 29 & 30] are DENIED, and the matter is deemed closed.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: July 16, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 16, 2009, by electronic and/or ordinary mail.

                                         s/Lisa Wagner
                                         Case Manager and Deputy Clerk
                                         (313) 234-5522